# United States District Court
## Middle District of Georgia

**UNITED STATES OF AMERICA**

Vs.

**DERRICK J. BROOKS,**

Defendant

**JUDGMENT IN A CRIMINAL CASE**
(FOR REVOCATION OF PROBATION)

NO. 5: 06-PO-07-03 (CWH)

Brian Randall
_____
Defendant's Attorney

The above-named defendant having this day been found GUILTY of violating CONDITIONS OF PROBATION imposed upon him by the undersigned in the above-captioned proceeding on May 24, 2007, as alleged in the PETITION FOR ACTION ON PROBATION filed March 24, 2007, by U.S. Probation Officer Kevin L. Mason, said sentence of probation is now REVOKED, and he is **RESENTENCED** as hereinafter set out, the court finding the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failing to Report as Instructed | 3/15/07 & 4/16/07 |
| 2 | Failing to Submit Monthly Reports As Directed | 3/07 & 4/07 |
| 3 | Failing to Notify of Change of Residence | 4/18/07 |
| 4 | Failing to Notify of Arrest w/I 72 hours | 5/14/07 |
| 5 | Violation of State Law | 5/14/07 |
| 6 | Possession of Cocaine - Positive Urinalysis | 4/9/07 & 4/25/07 |
| 7 | Failing to Participate in Substance Abuse Treatment Program as Directed | 5/4, 5/11 & 5/18/07 |

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment (if any) are fully paid.

**Defendant's Soc. Sec. No.:** \*\*\*-\*\*\*-6287

\*\*\*-\*\*\*-9915

**Defendant's Date of Birth:** 1961

**Defendant's USM No.:** 93171-020

**Defendant's Residence and Mailing Address:**
Walnut Street
Warner Robins, Georgia

**Defendant's Mailing Address:** Same

June 4, 2007
_____
Date of Imposition of Judgment

*[signature]*

Signature of Judicial Officer

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

June 4, 2007
_____
Date

# IMPRISONMENT

The court finds that the conditions of probation have been violated as outlined the **PETITION FOR ACTION ON PROBATION** filed May 24, 2007. Accordingly, the defendant's probation is **REVOKED**, and he is hereby committed to the **CUSTODY** of the UNITED STATES BUREAU OF PRISONS to be imprisoned for a period of **SIX (6) MONTHS**.

☐ The court makes the following recommendation to the BUREAU OF PRISONS:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at_____A.M./P.M. on_____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation/Pretrial Services Office.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2:00 P.M. on_____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation/Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____to_____

at_____, with a certified copy of this judgment.

_____
DEPUTY UNITED STATES MARSHAL